SANDRA E. STONE (SBN 1612670); sstone@plawp.com
ANDREW P. COLLIER (SBN 232647); acollier@plawp.com
PACIFIC LAW PARTNERS, LLP
2000 Powell Street, Ste. 950
Emeryville, CA 94608
(510) 841-7777
fax (510) 841-7776

Attorneys for DEFENDANT STATE FARM FIRE &
CASUALTY COMPANY, erroneously sued as STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SMITH-DICKERSON, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, INC., a California corporation; and DOES 1 through 10, <br><br> Defendants. | Case No.: 3:18-cv-00189 - EMC <br><br> **STIPULATION TO DISMISSAL OF ACTION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pacific Law Partners, LLP
2000 Powell Street, Ste. 950
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776

1  Plaintiff Smith-Dickerson and defendant State Farm Fire and Casualty Company, erroneously sued as State Farm Mutual Automobile Insurance Company, hereby stipulate through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to Fed R. Civ. P. 41(a)(1). The parties further stipulate that each of them waives any right to recover costs for the above-captioned action.

I, Andrew P. Collier, attest that Chauné Willaims, counsel for plaintiff, has given her consent pursuant to Civil Local Rule 5-1.(i)(3) for me to indicate her signature and file this document.

DATED: November 2, 2018

        /s/ Chauné Williams
CHAUNÉ WILLIAMS
Attorney for Plaintiff
JENNIFER SMITH-DICKERSON

DATED: November 2, 2018          PACIFIC LAW PARTNERS, LLP

        /s/ Andrew P. Collier
SANDRA STONE
ANDREW P. COLLIER
Attorneys for Defendant STATE FARM FIRE & CASUALTY COMPANY, erroneously sued as STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

DATED: 11/14/2018

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

Case No. 3:18-cv-00189-EMC      2      Stipulation to Dismissal of Action